UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>PATRICK JENTZEN,<br><br>      Supervisee. | No. 18-cr-513 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  IT IS HEREBY ORDERED THAT the parties shall appear before the Court for a conference on Tuesday, March 7, 2023, at 11:00 a.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, to consider Supervisee's compliance with the terms of his supervised release.

SO ORDERED.

Dated: February 17, 2023
    New York, New York

                       _____
                        RICHARD J. SULLIVAN
                        United States Circuit Judge
                        Sitting by Designation