UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>PATRICK JENTZEN,<br><br>                Supervisee. | No. 18-cr-513 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the conference in this matter, which is scheduled for 11:00 a.m. on Tuesday, March 7, 2023 in Courtroom 21C, will take place in Courtroom 15A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. SO ORDERED.

Dated:    March 3, 2023
               New York, New York

                                                             RICHARD J. SULLIVAN
                                                             United States Circuit Judge
                                                             Sitting by Designation